# FINANCIAL DISCLOSURE REPORT

### Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Godbold, John C | 2. Court or Organization<br><br>Eleventh Circuit Ct. of Appeal | 3. Date of Report<br><br>4/28/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>P.O. Box 1589<br><br>Montgomery, AL 36102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Teacher, Federal Appeals | Cumberland School of Law Samford University, Birmingham, AL |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
May 11 10 25 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Cumberland School of Law, Samford Univ., B'ham, AL -- Academic Year | 34,829.67 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes these to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Cumberland School of Law 1/1-12/31 | Transp.,lodging,& meals self.Travel from Montg. AL to B'ham AL & ret., 1 day per wk-2 academic quarters. Occasional overnight($878.38) |
| 2. | Univ. of Fl. School of Law - 2/27-2/28 | Judge for Moot Court Competition; transportation, lodging and meals. ($257.55) |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   Compass Bank, Montgomery, AL | Note | J |
| 2.   Dept. of Veteran Affairs | Note | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Compass B'shares Stock | C | Dividend | M | T | | | | | Dividend on aggregate total |
| 2. Hibernia Stock | A | Dividend | J | T | | | | | |
| 3. Winn Dixie Stock | A | Dividend | K | T | | | | | Div. on Aggregate Total |
| 4. Winston Hotels (Preferred) | B | Dividend | J | T | | | | | |
| 5. Compass Bank, Ck. A/Cs | A | Interest | K | T | | | | | Montgomery, AL |
| 6. Regions Bk – Ck A/C | A | Interest | J | T | | | | | Montgomery, AL |
| 7. Merrill Lynch IRA | A | Dividend | J | T | | | | | |
| 8. -Merrill Lynch Sec.Tr.Cl D/Now Govt. Mortg. Fund/Part of IRA | A | Dividend | J | T | | | | | |
| 9. -Merrill Lynch Basic Value Fund (Part of IRA) | A | Dividend | J | T | | | | | |
| 10. -Merrill Lynch USA RASP | A | Dividend | J | T | | | | | |
| 11. -Merrill Lynch IRA | A | Distribution | J | T | | | | | |
| 12. USAA Long Term Fund | E | Int. & Div. | O | T | | | | | |
| 13. Mobile, AL Scott Bond | C | Interest | K | T | | | | | |
| 14. Mtgy, AL Jackson Bond | A | Interest | | | redemption | 3/1 | J | | |
| 15. Saraland, AL Bond | B | Interest | K | T | | | | | |
| 16. Mobile, AL Shell Bond | A | Interest | J | T | | | | | |
| 17. AL Water Pollution Bond | A | Interest | K | T | redemption | 4/1 | K | | |
| 18. Prattville, AL Union C. Bond | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Jackson, AL W&S Bond | B | Interest | K | T | | | | | |
| 20. Upper Bear Creek, AL Bond | B | Interest | K | T | redemption | 8/1 | K | A | |
| 21. Auburn Univ., Al Bond | | None | | T | redemption | 6/6 | K | A | |
| 22. Mass. St. Ind. Fin. Bond | B | Interest | K | T | | | | | |
| 23. Winn Dixie Stock | A | Dividend | J | T | | | | | |
| 24. Compass Bancshares Stock | D | Dividend | N | T | | | | | |
| 25. USAA Long Term Fund | D | Interest | N | T | | | | | |
| 26. Compass Bank, Ck. A/C | A | Interest | J | T | | | | | Montgomery, AL |
| 27. Merrill Lynch IRA | A | Dividend | J | T | | | | | |
| 28. Merrill Lynch Sec.Tr.Cl/Now Govt.Mortg.Fund (Part of IRA) | A | Dividend | J | T | | | | | |
| 29. Merrill Lynch Basic Value Fund (Part of IRA) | A | Div./Cap.Gn | J | T | | | | | |
| 30. Merrill Lynch USA RASP | A | Dividend | J | T | | | | | |
| 31. Merrill Lynch IRA | A | Distribution | J | T | | | | | |
| 32. Camden, AL Bond | B | Interest | | | Redemption | 5/1 | K | | |
| 33. Fidelity Fund (Name change to Fidelity Spartan) | D | Dividend | M | T | | | | | |
| 34. AL Housing Fin. Auth. Bond | A | Interest | J | T | | | | | |
| 35. Escambia Co. FL Bond | A | Interest | J | T | | | | | |
| 36. Etowah Co. AL R&W Bond | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Tallahassee, FL | A | Interest | J | T | | | | | |
| 38. Walton Co., FL | A | Interest | J | T | | | | | |
| 39. AMRESCO Note | A | Distribution | J | T | | | | | In Bankruptcy |
| 40. Merrill Lynch - TOPRS | A | OID | J | T | | | | | |
| 41. Alabama Power Co. - 7% | A | Interest | | | matured | 3/21 | J | | |
| 42. Alabama Power Co. - 7.125% | A | Interest | | | matured | 1/13 | J | | |
| 43. Electronic Data Systems Corp. Stock | A | Dividend | J | T | | | | | |
| 44. Enstar Stock | | None | J | T | | | | | |
| 45. Escambia County FL School Bd. Bond (5.5%) | A | Interest | J | T | | | | | |
| 46. Florida St. Dept. of Management Ser. Bond (6.1%)(0503) | A | Interest | J | T | | | | | |
| 47. Gulf Power Co. Pref. stock | A | Interest | | | Redemption | 4/28 | J | | |
| 48. Prattville, AL Ind. Ref. Bd Bond | B | Interest | K | T | | | | | |
| 49. RFS Hotel Investors, Inc. Stock | A | Dividend | | | Merger | 7/21 | J | | |
| 50. St. Lucie County, FL School Bd. Bond | B | Interest | | | redemption | 7/9 | K | A | |
| 51. BSCH (formerly Santander Finance LTD) Stock | A | Dividend | | | redemption | 9/18 | J | A | |
| 52. Tyler, Texas Health Facility Bond | | None | K | T | | | | | |
| 53. Winston Hotels, Inc. (Common) | A | Dividend | J | T | | | | | |
| 54. Vanguard Value Index Trust | B | Div./Cap. Gn | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Delhaize America (Formerly Food Lion, Inc.) Stock | A | Dividend | J | T | | | | | |
| 56. Biovail Corp. Inst. Stock | | None | M | T | Buy | 10/16 | J | | |
| 57. | | | | | Buy | 2/27 | E | | |
| 58. Healthcare Realty Trust Stock | B | Div./Cap.Gn | K | T | | | | | |
| 59. Chattahoochee Valley, AL - Bond | A | Interest | J | T | | | | | |
| 60. Hewlett-Packard (formerly Compaq Computer Corp.) Stock | A | Dividend | J | T | | | | | |
| 61. Florida St. Dept. Gen. Servs. (01154) Bond | A | Interest | | | redemption | 9/1 | J | | |
| 62. Greater Orlando Aviation Bond | A | Interest | | | redemption | 10/1 | J | | |
| 63. Jos. A. Bank Clothiers, Inc. Stock | | None | | | Sold | 2/12 | J | A | |
| 64. Legg Mason Value Trust | A | Dist./Cap Gn | L | T | | | | | |
| 65. Metropolitan Capital Trust | A | Interest | | | redemption | 1/15 | J | | |
| 66. Rusk County, TX Hlth Facility Bond | | None | J | T | redemption | 5/14 | J | | |
| 67. Fidelity Aggressive Growth Fund | A | Div./Cap.Gn. | J | T | | | | | |
| 68. Fidelity High Income | A | Dividend | J | T | | | | | |
| 69. Munivest FDII Inc. | B | Dividend | K | T | | | | | |
| 70. Alabama HSG Fin. Auth. Single Family Mtg. Bond | | None | | | redemption | 10/1 | K | | redemption in 2002 |
| 71. Collier County FL Health Facs. Bond | A | Interest | J | T | | | | | |
| 72. Escambia County FL Cap. Impt. Rev. (7.50%) Bond | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 73. Escambia County FL Cap. Impr. Rev. (7.50%) Bond (5687) | B | Interest | J | T | | | | | |
| 74. Florida St. DCF CTFS Partn South FL St. Hospital Bond | A | Interest | J | T | | | | | |
| 75. Florida St. Bd. Ed. Cap. Outlay (01178) Bond | A | Interest | J | T | | | | | |
| 76. Gilchrist County, FL Bond | B | Interest | K | T | | | | | |
| 77. Lakeland, FL W & S Bond | B | Interest | K | T | | | | | |
| 78. Largo, FL Suncoast Hlth System Bond | A | Interest | J | T | | | | | |
| 79. Rusk County Hlth. Facilities | A | Interest | J | T | | | | | In Bankruptcy |
| 80. St. Petersburg FL Health Fac. Bond | | None | | | gift | 11/1 | J | | ▩ in 2002 |
| 81. Santa Rosa Bay Bldg. Auth. Zero Bond | | None | J | T | | | | | |
| 82. Tarrant Cnty, TX HFD Corp. Ref. Westchester Facility Bond | B | Interest | K | T | | | | | |
| 83. Tarrant County, TX Health Facility Bond | | None | J | T | | | | | |
| 84. Amsouth Bankcorp. Stock | A | Dividend | J | T | | | | | |
| 85. Escambia County, FL Bond | | None | | | gift | 6/22 | J | | ▩ 2000 |
| 86. MFS Municipal, Inc. | B | Dividend | K | T | | | | | |
| 87. Perdido Housing Corp. Bond | A | Interest | J | T | | | | | |
| 88. Tuscaloosa Healthcare Bond | B | Interest | K | T | | | | | |
| 89. Tarrant Co. Healthcare Bond | B | Interest | J | T | | | | | |
| 90. United Rentals, Inc. Stock | | None | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Al. State IDB Bond | A | Interest | | | gift | 8/28 | J | | ▓▓▓▓▓▓ |
| 92. Auburn, AL IDB (National Asphalt) Bond | A | Interest | J | T | | | | | |
| 93. Birmingham Baptist Med. Ctr. Bond | A | Interest | J | T | | | | | |
| 94. Colonial Properties Trust Stock 9.25% | B | Interest | K | T | | | | | |
| 95. Colonial Properties Trust (Preferred) 8.75% | A | Interest | | | redemption | 5/7 | J | A | |
| 96. Dollar Tree Stores, Inc. Stock | | None | | | sold | 8/18 | J | B | |
| 97. Fairhope AL Midtown Bond | A | Interest | | | redemption | 12/22 | J | A | |
| 98. Texas Instruments, Inc. Stock | A | Dividend | J | T | | | | | |
| 99. University of South Alabama 0% Bond | | None | | | gift | 1/2 | J | | ▓▓▓▓▓▓ |
| 100. Aquila (formerly Utilicorp United Inc.) Stock | | None | J | T | | | | | |
| 101. Munienhanced | A | Dividend | J | T | | | | | |
| 102. Proassurance Stock | | None | | | sold | 3/17 | J | | |
| 103. Colonial Cap. Tr. III Preferred 8.32% | A | Dividend | J | T | | | | | |
| 104. General Electric Stock | A | Dividend | J | T | | | | | |
| 105. Morgan Keegan Select High Income (RMK) | B | Dividend | K | T | buy | 6/5 | J | | |
| 106. | | | | | buy | 9/18 | J | | |
| 107. Muniyield | A | Dividend | J | T | | | | | |
| 108. Amerivest | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | • = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Atlanta, GA Bond | B | Interest | J | T | partial call | 4/1 | J | | |
| 110. Buncombe County, N.C. Bond | B | Interest | J | T | | | | | |
| 111. East Central, AL Bond | A | Interest | J | T | | | | | |
| 112. East Point, GA HSG. Bond | B | Interest | J | T | | | | | |
| 113. Montgomery, AL Med. Clinic Bd. Bond | A | Interest | J | T | | | | | |
| 114. Vance, AL Bond | A | Interest | J | T | | | | | |
| 115. MSDW | A | Dividend | | | matured | 8/11 | J | | |
| 116. AOL Time Warner | | None | J | T | buy | 10/2 | J | | |
| 117. Bombay Co., Inc. | | None | J | T | buy | 9/18 | J | | |
| 118. | | None | | | sold | 12/18 | J | | |
| 119. Camden, AL., IDB (Wayerhauser) | A | Interest | J | T | buy | 9/18 | J | | |
| 120. Culp, Inc. | | None | J | T | buy | 7/16 | J | | |
| 121. | | None | | | sold | 12/24 | J | B | |
| 122. Euronet Woldwide Services | | None | J | T | buy | 10/2 | J | | |
| 123. Gadsden, AL, WTS | | None | J | T | buy | 10/8 | J | | |
| 124. Harvest Natural Resources | | None | J | T | buy | 12/9 | J | | |
| 125. Intersil Holdings Corp. | | None | J | T | buy | 3/19 | J | | |
| 126. | | None | | | sold | 5/5 | J | B | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Godbold, John C | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 127. Infinity Property & Casualty | A | Dividend | J | T | buy | 4/14 | J | | |
| 128. Ishares MSCI Japan Ind. Fund | | None | J | T | buy | 6/5 | J | | |
| 129. Proassurance Corp. | | None | J | T | buy | | | | |
| 130. | | None | | | sold | 3/12 | J | | |
| 131. RailAmerica, Inc. | | None | J | T | buy | 7/16 | J | | |
| 132. | | None | | | sold | 8/12 | J | | |
| 133. The Shaw Group, Inc. | | None | J | T | buy | 5/23 | J | | |
| 134. | | None | | | sold | 7/11 | J | | |
| 135. Tesoro Petroleum Corp. | | None | J | T | buy | 4/14 | J | | |
| 136. U.S. Xpress Enterprises, Inc. | | None | J | T | buy | 4/22 | J | | |
| 137. | | None | J | T | buy | 4/14 | J | | |
| 138. Utilities Select Sector SPDR | | None | J | T | buy | 1/17 | J | | |
| 139. | | None | | | sold | 2/12 | J | A | |
| 140. Wabtec, Corp. | | None | J | T | buy | 11/14 | J | | |
| 141. | | None | | | sold | 12/22 | J | A | |
| 142. TIAA-CREF Mutual | B | Dist./Cap.gn | L | T | buy | 7/3 | J | | |
| 143. | | | | | buy | 9/2 | J | | |
| 144. | | | | | buy | 9/4 | J | | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)  U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Godbold, John C | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. | | | | | buy | 9/11 | J | | |
| 146. | | | | | buy | 9/17 | J | | |
| 147. | | | | | buy | 10/22 | J | | |
| 148. | | | | | buy | 11/12 | J | | |
| 149. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

The following items were listed in the Description of Assets of my 2002 Financial Disclosure Report.

| 2002 No. | Item | Explanation |
|---|---|---|
| #2 | Florsheim Shoe - Note | Bankruptcy |
| #4 | Service Merchandise - Stock | Bankruptcy |
| #5 | Shoney's, Inc. - Stock | Bankruptcy |
| #33 | Bruno's, Inc. - Note | Bankruptcy |
| #67 | Lee County, Florida - Bond | Bankruptcy |
| #83 | Conseco, Inc. - Stock | Bankruptcy |
| #84 | Florida St. Dept. of Gen. Service (#0503) - Bond | Listed twice in error. See line 64 or 2002 report. See line 64 of 2002 report. (line 46 of 2003 report). |
| #107 | City of Pearsall Health - Bond | Bankruptcy |
| #108 | Pearsall, TX Health Fac. - Bond | Bankruptcy |
| #112 | Summers County, WV SW - Bond | Bankruptcy. |

For the reasons stated the item is not included in the Description of Assets in my 2003 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____       Date _5/4/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544